# IN THE UNITED STATUS DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| **JASMINE KILLIEBREW,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    No. _____ |
| | ) |
| **SKYUKA HALL, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF REMOVAL

Pursuant to Title 28, United States Code, Sections 1331, 1441, and 1446, and with full reservation of any and all rights, defenses, and objections, Defendant Skyuka Hall, Inc. ("Skyuka" or "Defendant") removes this action from the Chancery Court of Hamilton County, Tennessee.

1. This is a single-plaintiff employment discrimination lawsuit filed under Title VII (Complaint, **Exhibit A**, ¶¶ 1, 38-39). Plaintiff filed this action on July 13, 2021 and purportedly served Skyuka on July 14, 2021.

2. With this Notice, Skyuka hereby timely removes this action to the United States District Court for the Eastern District of Tennessee, Chattanooga Division.[1]

3. An action shall be removable if a federal court has original jurisdiction over it.[2] A federal court has original jurisdiction under two circumstances: (1) where the controversy involves a "federal question;" or (2) where the amount in controversy exceeds $75,000, and there is diversity of citizenship between the parties.[3]

---

[1] 28 U.S.C. § 1446(b)(1) (setting thirty-day removal period).

[2] 28 U.S.C. § 1441(b).

[3] 28 U.S.C. §§ 1331, 1332.

1

4. This Court has original federal question jurisdiction over this action. Plaintiff alleges a controversy arising out of federal law, specifically, Title VII. This gives the Court original federal question jurisdiction, and this action is removable.[4]

5. The Chancery Court of Hamilton County, Tennessee, is a state court within this District and Division; therefore, venue is proper in this Court.[5]

6. A copy of all process, pleadings, and orders purportedly served on Skyuka are collectively attached as **Exhibit B**.[6]

7. Plaintiff, through her attorneys, will be given written notice of the removal, via email to hburnette@bdplawfirm.com and fpinchak@bdplawfirm.com and by first-class mail to the address appearing in the below Certificate of Service,[7] and a copy of this Notice will be filed with the Chancery Court of Hamilton County, Tennessee.[8]

For the foregoing reasons, Skyuka respectfully requests that this action proceed in this Court as an action properly removed. Skyuka requests any additional relief this Court deems warranted under the circumstances.

---

[4] 28 U.S.C. §§ 1331, 1441, 1446.

[5] 28 U.S.C. § 1441(a).

[6] 28 U.S.C. § 1446(a).

[7] *See, e.g.*, Complaint, pp. 8 (counsel's signature blocks). The Certificate of Service below likewise reflects this.

[8] *See* 28 U.S.C. § 1446(d).

Respectfully submitted this 6th day of August, 2021.

        BAKER, DONELSON, BEARMAN,
         CALDWELL & BERKOWITZ, P.C.

/s/J. Randall Patterson
J. Randall Patterson (BPR No. 026023)
Jacob S. Gibson (BPR No. 035145)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000
jgibson@bakerdonelson.com

*Attorney for Defendant Skyuka Hall, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing **Notice of Removal** was filed electronically and has been served upon the following counsel for Plaintiff by e-mail and by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

    Harry F. Burnette
    Frank P. Pinchak
    Burnette, Dobson & Pinchak
    711 Cherry Street
    Chattanooga, Tennessee 37402
    hburnette@bdplawfirm.com
    fpinchak@bdplawfirm.com

This 6th day of August, 2021.

/s/J. Randall Patterson
J. Randall Patterson